ALEXANDER B. CVITAN (SBN 81746), and
MARSHA M. HAMASAKI (SBN 102720), Members of
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Boulevard, Suite 2000
Los Angeles, California  90010-2421
Telephone: (213) 386-3860
Facsimile: (213) 386-5583
E-Mail:  alc@rac-law.com; marshah@rac-law.com

Attorneys for Plaintiff, Construction Laborers Trust Funds for Southern California Administrative Company, LLC

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>                    Plaintiff,<br><br>     vs.<br><br>MARGARITO RAMOS, an individual doing business as M. RAMOS DEMOLITION, and/or M. RAMOS GENERAL CONTRACTORS,<br><br>                    Defendant. | CASE NUMBER<br><br>CV 09-4548 JFW(PJWx)<br><br>ORDER REMOVING CASE FROM CIVIL ACTIVE LIST DUE TO BANKRUPTCY |

   PURSUANT TO THE REQUEST by Plaintiff to remove this action from the Court's Civil Active List due to the bankruptcy filing by Defendant, MARGARITO RAMOS, an individual doing business as M. RAMOS DEMOLITION, and/or M. RAMOS GENERAL CONTRACTORS ("EMPLOYER"), and good cause appearing therefor,

   IT IS HEREBY ORDERED that:

-1-

1   1)   This action is removed from the Court's Civil Active
2  List;
3   2)   In the event that the EMPLOYER'S bankruptcy proceeding is
4  dismissed and Plaintiff seeks to reinstate this action to the
5  Court's Active Calendar, Plaintiff may do so by written
6  application to the Court without hearing, and supported by
7  declaration of counsel.

9  DATED: June 30, 2009

    _____
    JOHN F. WALTER, JUDGE OF THE
    UNITED STATES DISTRICT COURT
    CENTRAL DISTRICT OF CALIFORNIA

-2-